**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

MARK ANTHONY ORTEGA,

      Plaintiff,

      v.

MILLENNIUM FUNDING SOURCE LLC,

      Defendant.

Case No. 5:26-cv-01861-XR

**DEFENDANT MILLENNIUM FUNDING SOURCE LLC'S ANSWER TO PLAINTIFF**
**MARK ANTHONY ORTEGA'S COMPLAINT**

Defendant MILLENNIUM FUNDING SOURCE LLC ("Defendant") hereby answers the Complaint of Plaintiff MARK ANTHONY ORTEGA ("Plaintiff") as follows:

1. Defendant admits that Plaintiff's action seeks various relief. Defendant denies that Plaintiff is entitled to any relief, and further denies the remaining allegations in Paragraph 1 of the Complaint.

2. Defendant denies the allegations in Paragraph 2 of the Complaint.

**BACKGROUND ON THE TCPA**

3. Paragraph 3 of the Complaint contains no affirmative allegations against Defendant, only legal conclusions, and as such no response is required. To the extent a response is deemed to be required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

4. Paragraph 4 of the Complaint contains no affirmative allegations against Defendant, only legal conclusions, and as such no response is required. To the extent a response

1

is deemed to be required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

5. Paragraph 5 of the Complaint contains no affirmative allegations against Defendant, only legal conclusions, and as such no response is required. To the extent a response is deemed to be required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

## JURISDICTION AND VENUE

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Complaint, which also constitute legal conclusions.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the Complaint, which also constitute legal conclusions.

8. Defendant denies the allegations in Paragraph 8 of the Complaint, which also constitute legal conclusions.

9. Defendant denies the allegations in Paragraph 9 of the Complaint, which also constitute legal conclusions.

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10 of the Complaint, which also constitute legal conclusions.

## PARTIES

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of the Complaint.

12. Defendant admits that it is a limited liability company formed in California with a business address of 26 Executive Park, Suite 100, Irvine, CA 92614.

## FACTUAL BACKGROUND

13.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13 of the Complaint.

14.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14 of the Complaint.

15.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15 of the Complaint.

16.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of the Complaint.

17.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of the Complaint.  Defendant is still investigating Plaintiff's claims.

18.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18 of the Complaint.  Defendant is still investigating Plaintiff's claims.

19.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19 of the Complaint.  Defendant is still investigating Plaintiff's claims.

20.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20 of the Complaint.  Defendant is still investigating Plaintiff's claims.

21. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Complaint. Defendant is still investigating Plaintiff's claims.

22. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 of the Complaint. Defendant is still investigating Plaintiff's claims.

23. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23 of the Complaint. Defendant is still investigating Plaintiff's claims.

24. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24 of the Complaint. Defendant is still investigating Plaintiff's claims.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

## COUNT I

26. Defendant incorporates by reference all other responses herein.

27. Paragraph 27 of the Complaint contains no affirmative allegations against Defendant, only legal conclusions, and as such no response is required. To the extent a response is deemed to be required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

28. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the Complaint.

29. Defendant denies the allegations in Paragraph 29 of the Complaint.

30. Defendant denies the allegations in Paragraph 30 of the Complaint.

31. Defendant denies the allegations in Paragraph 31 of the Complaint.

32. Defendant denies the allegations in Paragraph 32 of the Complaint.

## COUNT II

33. Defendant incorporates by reference all other responses herein.

34. Defendant denies any unsolicited calls. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 34 of the Complaint, which also constitute legal conclusions.

35. Paragraph 35 of the Complaint contains no affirmative allegations against Defendant, only legal conclusions, and as such no response is required. To the extent a response is deemed to be required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

36. Defendant denies any illegal telemarketing. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 36 of the Complaint, which also constitute legal conclusions.

37. Defendant denies the allegations in Paragraph 37 of the Complaint.

38. Defendant denies the allegations in Paragraph 38 of the Complaint.

39. Defendant denies the allegations in Paragraph 39 of the Complaint.

## COUNT III

40. Defendant incorporates by reference all other responses herein.

41. Defendant denies any violations. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 41 of the Complaint, which also constitute legal conclusions.

42. Defendant denies the allegations in Paragraph 42 of the Complaint.

43.     Defendant denies the allegations in Paragraph 43 of the Complaint.

44.     Defendant denies the allegations in Paragraph 44 of the Complaint.

45.     Defendant denies the allegations in Paragraph 45 of the Complaint.

## PLAINTIFF'S DEMAND FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief requested in the Demand for Relief.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Defendant admits that Plaintiff demands a trial by jury.

## AFFIRMATIVE DEFENSES

1.     The acts, omissions, injuries, losses, or damages alleged in the Complaint were caused, or causally contributed to, by the comparative fault, negligence, negligence per se, assumption of the risk, and/or culpable conduct of Plaintiff and/or third parties for whom Defendant is not responsible.

2.     Plaintiff's Complaint, and all allegations contained therein, or portions thereof, are, or may be, barred by the applicable statute(s) of limitations.

3.     Defendant acted in good faith at all relevant times and did not engage in any conduct that was intentional, knowing, willful, reckless, malicious, wanton or outrageous.

4.     All text messages sent to Plaintiff, if any, were sent with prior express consent, written or otherwise.

5.     A text message is not subject to the requirements of the TCPA and/or Texas law.

6.     Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the TCPA or any other applicable law.

6

7.   Any alleged violations, which are denied, were unintentional and Defendant is therefore entitled to a "safe harbor" defense.

8.   This matter may be subject to an arbitration provision.  If so, Defendant reserves the right to enforce any such provision.

9.   Plaintiff's claims are barred because he lacks standing and/or jurisdiction to assert them, *inter alia*, because he has suffered no injury-in-fact.

10.   Plaintiff's claims may be barred by the doctrines of unclean hands, laches, waiver, res judicata, estoppel, collateral estoppel, judicial estoppel and/or other equitable doctrines.

11.   To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

**RESERVATION OF RIGHTS**

Defendant reserves the right to amend its answer and claims herein by adding additional parties, affirmative defenses, counterclaims, cross-claims, and/or third party claims, as additional investigation, discovery or circumstances warrant.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, for a judgment in favor of Defendant and against Plaintiff, for all attorneys' fees and costs incurred by Defendant herein, and for such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: May 11, 2026                                LAW OFFICES OF KEITH WIER, PLLC

 s/Keith Wier

7

Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, TX 75248
Email: kwier@keithwierlaw.com
Phone: (214) 540-6690
*Attorney for Defendant Millennium Funding Source LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: May 11, 2026                    LAW OFFICES OF KEITH WIER, PLLC


  s/Keith Wier                     
Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, TX 75248
Email: kwier@keithwierlaw.com
Phone: (214) 540-6690
*Attorney for Defendant Millennium Funding Source LLC*